FORM 9 (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **In the matter of:** | \| | **Case No. 10-31468** |
| **CALDWELL, THOMAS L** | \| | |
| **CALDWELL, SHERYL S** | \| | **Chapter 7** |
| | \| | |
| | \| | **Judge  Lawrence S. Walter** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The check in the amount of $567.57 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

**4444444444444444444444444444444444444444444444444444444444**

Creditor Name
and Address                        Claim Number              Amount of Dividend

**4444444444444444444444444444444444444444444444444444444444**

GI Anesthesia LLC              13                    $567.57 ($565.32 plus
10 Commerce Drive                                      $2.25 interest)
New Rochelle, NY 10801-5214

**4444444444444444444444444444444444444444444444444444444444**

Total Unclaimed/Small                    Total Unclaimed
Dividends $25.00 or under                Dividends Over $25.00

$0.00                                    $567.57

**7/26/2011**                            */s/ John Paul Rieser*
Dated: _____

                                         _____
                                         John Paul Rieser, Case Trustee
                                         7925 Graceland St.
                                         Dayton, OH 45459
                                         Tel: (937)224-4128  Fax: (937)224-3090
                                         tecfdesk@rieserlaw.com

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403